

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VONLEY E. THOMPSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11cv00471 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DONALD W. FARLEY, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Thompson's request to proceed in forma pauperis is **GRANTED**, this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 6th day of October, 2011.

_____
United States District Judge